UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSNEL JOSEPH,

    Plaintiff,

v.

PAPA GINO'S INC.,

    Defendant.

Civil Action No.

05-11068-REK

**STATEMENT REQUIRED BY LOCAL RULE 7.3**

Pursuant to LR. D. Mass 7.3, Papa Gino's, Inc. ("Papa Gino's") submits this corporate disclosure statement. The parent corporation of Papa Gino's, Inc. is Papa Gino's Holding Corporation. Upon and information, there is no publicly held company that owns 10% or more of the stock of Papa Gino's, Inc.

PAPA GINO'S, INC.

By its attorneys,

_____
David S. Rosenthal (BBO # 429260)
Ellen M. Majdloch (BBO #637218)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

May 20, 2005

BOS1494091.1