Rosnel Joseph
1165 NE 129Th Street
North Miami, Florida 33161
Phone: 305-803-9840

FILED
OFFICE
'05 JUN 16 A 11: 55

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

CERTIFIED MAIL
7003 3110 0004 7032 3831

Case Name: Joseph v. Papa Gino's Inc.

Case Number: 1:05-cv-11068

**Civil Action No 05-11068-REK**

**NOTICE OF RE-SCHEDULING CONFERENCE**

Vs.

ROSNEL L. JOSEPH, et al,
        Plaintiff,

ALIAS
SUMMONS

June 13, 2005

Rosnel Joseph
1165 NE 129Th Street
North Miami, Florida 33161
Phone: 305-803-9840

I respectfully requested the time to give me the opportunity to correct the situation, that the conference was scheduled on July 15, 2005, that I would like to re-schedule for extension of time and order. Because the lawyer who is representing me the time you had planned is not convenient for the lawyer who took my case on July 15, 2005. My lawyer won't be in Boston that he will be out of town for three weeks starting second week of July 2005. As a result, the next scheduling conference my lawyer be able to nurture the

time, as he/she will receive and that I look forwards for the next schedule conference date and time thanks!

Sincerely,

*Rosnel Joseph*
Rosnel Joseph