UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSNEL JOSEPH,

    Plaintiff,

v.

PAPA GINO'S INC.,

    Defendant.

Civil Action No. 05-11068-REK

NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Ellen M. Majdloch formally withdraws her appearance as counsel of record for Defendant, Papa Gino's, Inc. David S. Rosenthal, who previously filed a Notice of Appearance, will continue as attorney of record for Defendants and a Notice of Appearance of Carrie J. Campion is being filed herewith. The Defendant has been served with a copy of this Notice.

Respectfully submitted,

PAPA GINO'S, INC.,

By their attorneys,

_____
Ellen M. Majdloch (BBO # 637218)
David S. Rosenthal (BBO # 424260)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1000

Dated: July 21, 2005

BOS1511687.1