UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSNEL JOSEPH,

        Plaintiff,

v.

        Civil Action No. 05-11068-REK

PAPA GINO'S INC.,

        Defendant.

NOTICE OF APPEARANCE

Carrie J. Campion, Esquire, of the law firm of Nixon Peabody LLP, hereby files an appearance on behalf of Defendant, Papa Gino's, Inc. in the above-entitled action.

Respectfully submitted,

PAPA GINO'S, INC.,

By their attorneys,

_____
Carrie J. Campion (BBO # 656451)
David S. Rosenthal (BBO # 424260)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1000

Dated: July 21, 2005

BOS1511697.1