**Rosnel Joseph**
1165 NE 129Th Street
North Miami, Florida 33161
Phone: (305) 803-9840

August 23, 2005

Clerk, United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

ROSNEL JOSEPH,
        Plaintiff,

v.

PAPA GINO'S INC.

        Defendant.

    RE: **Rosnel Joseph v. Papa Gino's, Inc., C.A. 05-11068-REK**

    **Request Postponement of the Scheduling Conference**

With respect to the above referenced matter, I would like you give me more time to try to find a lawyer to represent me. I will contact the Massachusetts Bar Association Lawyer Referral Service and other employment lawyers. As soon as I find a lawyer that I will confirm Clerk, United States District Court and Ellen M. Majdloch, Esq. Should you have any questions or concern about this letter, please contact me at (305) 803-9840.

                              Very truly yours,
                              *Rosnel Joseph*
                              Rosnel Joseph