Rosnel Joseph
1165 NE 129Th Street
North Miami, Florida 33161
Phone: 305-803-9840

FILED
CLERKS OFFICE
05 OCT 19 P 2: 09

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

Case Name: Joseph v. Papa Gino's Inc.

Case Number: 1:05-cv-11068

Civil Action No 05-11068-REK

**NOTICE OF RE-SCHEDULING CONFERENCE**

Vs.

ROSNEL L. JOSEPH, et al,
   Plaintiff,

Answer          ALIAS
                SUMMONS

October 13, 2005

Rosnel Joseph
1165 NE 129Th Street
North Miami, Florida 33161
Phone: 305-803-9840

I respectfully requested the time to give me the opportunity to correct the situation, that the conference was scheduled on October 28, 2005, that I would like to re-schedule for extension of time and order. Because the lawyer who is representing me needs extra times to work on this case. The time you had planned is not enough time for the lawyer who would like to take my case. October 28, 2005 my lawyer was told me it too short to review all the documents and also to represent me. As a result, the next scheduling conference my lawyer be able to nurture the time, if it will be two months that would be perfected for he/she will receive and that I look forwards for the next schedule conference date and time thanks!

Sincerely,
*Rosnel L. Joseph*
Rosnel L. Joseph