UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
ROSNEL JOSEPH,                      )
    Plaintiff                       )
                                    )   CIVIL ACTION
v.                                  )   NO. 05-11068-REK
                                    )
PAPA GINO'S INC.,                   )
    Defendant                       )
                                    )
_____ )

**ORDER OF REMAND**
October 25, 2005

       For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

       This case is REMANDED to the Norfolk County Superior Court

for the Commonwealth of Massachusetts.

  Approved:                                By the Court,

  __/s/Robert E. Keeton___                 __/s/Karen Folan_____

  Robert E. Keeton                         Karen Folan, Deputy Clerk
  Senior United States District Judge